**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Lisa R. Lombardo** | : | **Case No.: 19-23257** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Carlota M. Bohm** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
_____

Karina Velter, Esquire (94781)
Adam B. Hall
Sarah E. Barngrover
Edward H. Cahill
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
Contact email is amps@manleydeas.com

19-031437_GLHS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| Lisa R. Lombardo | :     Case No.: 19-23257 |
| | :     **Chapter 13** |
| Debtor(s). | :     **Judge Carlota M. Bohm** |
| | :     * * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 3, 2019.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Gary William Short, Attorney for Lisa R. Lombardo, 212 Windgap Road, Pittsburgh, PA 15237, garyshortlegal@gmail.com

Service by First-Class Mail:
Lisa R. Lombardo, 1756 Rostraver Road, Belle Vernon, PA 15012

Lisa R. Lombardo and Frank R. Lombardo, 1756 Rostraver Rd, Belle Vernon, PA 15012-4306

EXECUTED ON: September 3, 2019

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781

19-031437_GLHS

List Bar I.D. and State of Admission

19-031437_GLHS

List Bar I.D. and State of Admission