**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-23257 CMB |
| Lisa R. Lombardo, | ) | Chapter 13 |
| Debtor. | ) | |
| Lisa R. Lombardo, | ) | |
| Movant, | ) | Related to: Document No. 14 |
| vs. | ) | |
| No Respondent, | ) | |
| Respondent. | ) | |

ORDER OF COURT

AND NOW, this ___4th___ day of ___September___, 2019, upon consideration of the Motion to Extend Completion Date filed by the Debtor Lisa R. Lombardo, it is hereby ORDERED that Debtor is granted a ten (10) day extension of time until September 13, 2019, to file her schedules, statement of financial affairs, plan, and all other documents which are necessary for the Debtor to complete the filing of her petition.

Carlota M. Böhm                                   glb
Chief United States Bankruptcy Judge

FILED
9/4/19 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23257-CMB
Lisa R. Lombardo                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Sep 04, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
db            +Lisa R. Lombardo,    1756 Rostraver Road,    Belle Vernon, PA 15012-4306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
          Gary William Short    on behalf of Debtor Lisa R. Lombardo garyshortlegal@gmail.com,
           gwshort@verizon.net
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                    TOTAL: 5