# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-23257 CMB |
| Lisa R. Lombardo, | ) | Chapter 13 |
| Debtor. | ) | Document No. |

## EMPLOYEE GROSS INCOME RECORD

Lisa R. Lombardo

I, Lisa R. Lombardo, hereby certify that attach are copies of payment advices or other evidence of payment which I received within 60 days before the filing of the petition from my employer(s) and I have in my possession.

/s/ Lisa R. Lombardo ✔
Lisa R. Lombardo

SOUTHWESTERN BEHAVIORAL CARE
300 CHAMBER PLAZA
CHARLEROI, PA 15022-1607

|  | DATE | NET DEPOSITS |
|---|---|---|
|  | 06/14/2019 | $ **1,835.25 |

LISA LOMBARDO
1756 ROSTRAVER RD
BELLE VERNON, PA 15012 US

**NON NEGOTIABLE**

| Employee Name LOMBARDO, LISA | | | | Employee No 9043 | Period End 6/15/2019 | Deposit ID 122228 |
|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| SALARY | 81.25 | 2,671.89 | 27,117.12 | AFLAC PRE-TAX | 21.06 | 231.66 |
| ON CALL | | | 50.00 | CREDIT UNION | 35.00 | 385.00 |
| RETRO | | | 1,203.11 | RETIREMENT | 240.47 | 2,553.34 |
| | | | | VISION | 6.65 | 73.15 |
| TGRIN | | 0.76 | 8.36 | VOL LIFE INS | 27.36 | 300.96 |
| | | | | MONESSEN LST | 2.17 | 23.87 |
| | | | | MONESSEN | 26.44 | 280.68 |
| | | | | PA INCOME TAX | 81.18 | 861.63 |
| | | | | PA UNEMPLOYMENT | 1.60 | 17.05 |
| | | | | FEDERAL INC TAX | 192.37 | 2,004.59 |
| | | | | MEDICARE | 38.35 | 407.06 |
| | | | | SOCIAL SECURITY | 163.99 | 1,740.60 |

CHECKING-0041        06/14/2019        1,835.25

| RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 32.88 | 2,671.89 | 836.64 | 1,835.25 | 28,370.23 | 8,879.59 | 19,490.64 |

**MLR**

SOUTHWESTERN BEHAVIORAL CARE
300 CHAMBER PLAZA
CHARLEROI, PA 15022-1607

| | DATE | NET DEPOSITS |
|---|---|---|
| | 06/28/2019 | $ **1,852.33 |

LISA LOMBARDO
1756 ROSTRAVER RD
BELLE VERNON, PA 15012 US

**NON NEGOTIABLE**

| Employee Name | | | | Employee No | Period End | Deposit ID |
|---|---|---|---|---|---|---|
| LOMBARDO, LISA | | | | 9043 | 6/30/2019 | 122460 |
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| SALARY | 81.25 | 2,671.89 | 29,789.01 | AFLAC PRE-TAX | 21.06 | 252.72 |
| ON CALL | 1.00 | 25.00 | 75.00 | CREDIT UNION | 35.00 | 420.00 |
| RETRO | | | 1,203.11 | RETIREMENT | 242.72 | 2,796.06 |
| | | | | VISION | 6.65 | 79.80 |
| TGRIN | | 0.76 | 9.12 | VOL LIFE INS | 27.36 | 328.32 |
| | | | | MONESSEN LST | 2.17 | 26.04 |
| | | | | MONESSEN | 26.69 | 307.37 |
| | | | | PA INCOME TAX | 81.94 | 943.57 |
| | | | | PA UNEMPLOYMENT | 1.62 | 18.67 |
| | | | | FEDERAL INC TAX | 195.10 | 2,199.69 |
| | | | | MEDICARE | 38.71 | 445.77 |
| | | | | SOCIAL SECURITY | 165.54 | 1,906.14 |

CHECKING-0041        06/28/2019        1,852.33

| RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 32.88 | 2,696.89 | 844.56 | 1,852.33 | 31,067.12 | 9,724.15 | 21,342.97 |

**MLR**

SOUTHWESTERN BEHAVIORAL CARE
300 CHAMBER PLAZA
CHARLEROI, PA 15022-1607

| | DATE | NET DEPOSITS |
|---|---|---|
| | 07/15/2019 | $ **1,835.25 |

LISA LOMBARDO
1756 ROSTRAVER RD
BELLE VERNON, PA 15012 US

**NON NEGOTIABLE**

| Employee Name | | | | Employee No | Period End | Deposit ID |
|---|---|---|---|---|---|---|
| LOMBARDO, LISA | | | | 9043 | 7/15/2019 | 122692 |
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| SALARY | 81.25 | 2,671.89 | 32,460.90 | AFLAC PRE-TAX | 21.06 | 273.78 |
| ON CALL | | | 75.00 | CREDIT UNION | 35.00 | 455.00 |
| RETRO | | | 1,203.11 | RETIREMENT | 240.47 | 3,036.53 |
| | | | | VISION | 6.65 | 86.45 |
| TGRIN | | 0.76 | 9.88 | VOL LIFE INS | 27.36 | 355.68 |
| | | | | MONESSEN LST | 2.17 | 28.21 |
| | | | | MONESSEN | 26.44 | 333.81 |
| | | | | PA INCOME TAX | 81.18 | 1,024.75 |
| | | | | PA UNEMPLOYMENT | 1.60 | 20.27 |
| | | | | FEDERAL INC TAX | 192.37 | 2,392.06 |
| | | | | MEDICARE | 38.35 | 484.12 |
| | | | | SOCIAL SECURITY | 163.99 | 2,070.13 |

CHECKING-0041        07/15/2019        1,835.25

| RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 32.88 | 2,671.89 | 836.64 | 1,835.25 | 33,739.01 | 10,560.79 | 23,178.22 |

MLR

SOUTHWESTERN BEHAVIORAL CARE
300 CHAMBER PLAZA
CHARLEROI, PA 15022-1607

| | DATE | NET DEPOSITS |
|---|---|---|
| | 07/31/2019 | $ **1,835.25 |

LISA LOMBARDO
1756 ROSTRAVER RD
BELLE VERNON, PA 15012 US

**NON NEGOTIABLE**

| Employee Name | | | | Employee No | Period End | Deposit ID |
|---|---|---|---|---|---|---|
| LOMBARDO, LISA | | | | 9043 | 7/31/2019 | 122923 |
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| SALARY | 81.25 | 2,671.89 | 35,132.79 | AFLAC PRE-TAX | 21.06 | 294.84 |
| ON CALL | | | 75.00 | CREDIT UNION | 35.00 | 490.00 |
| RETRO | | | 1,203.11 | RETIREMENT | 240.47 | 3,277.00 |
| | | | | VISION | 6.65 | 93.10 |
| TGRIN | | 0.76 | 10.64 | VOL LIFE INS | 27.36 | 383.04 |
| | | | | MONESSEN LST | 2.17 | 30.38 |
| | | | | MONESSEN | 26.44 | 360.25 |
| | | | | PA INCOME TAX | 81.18 | 1,105.93 |
| | | | | PA UNEMPLOYMENT | 1.60 | 21.87 |
| | | | | FEDERAL INC TAX | 192.37 | 2,584.43 |
| | | | | MEDICARE | 38.35 | 522.47 |
| | | | | SOCIAL SECURITY | 163.99 | 2,234.12 |

CHECKING-0041       07/31/2019       1,835.25

| RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 32.88 | 2,671.89 | 836.64 | 1,835.25 | 36,410.90 | 11,397.43 | 25,013.47 |

**MLR**