**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | | |
|---|---|---|
| In Re: | ) | |
| **Lisa R. Lombardo,** | ) | **Case No. 19-23257 CMB** |
| Debtor, | ) | |
| **Lisa R. Lombardo,** | ) | **Chapter 13** |
| Movant, | ) | |
| Vs. | ) | **Docket No.** |
| **Southwestern Behavior Care,** | ) | |
| Respondent. | ) | |

**<u>Certificate of Service of Wage Order</u>**

      I, Gary W. Short, certify under penalty of perjury that on September 27, 2019,  I served the most recently entered wage attachment order in this case for Lisa R. Lombardo with social security number verification on the employer named below at the following address, by First Class U.S. Mail, postage prepaid.

Southwestern Behavior Care
300 Chamber Plaza
Charleroi, PA 15022

Lisa R. Lombardo
1756 Rostraver Road
Belle Vernon, PA 15012

Service was not made upon Ronda J. Winnecour at her request because she receives copies of pleadings from the Clerk of Bankruptcy Court.

Executed on September 27, 2019

           /s/ Gary W. Short
           Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
           212 Windgap Road, Pittsburgh, PA 15237
           Tele. (412) 765-0100 / Fax (412) 536-3977
           E-mail garyshortlegal@gmail.com