UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lisa R. Lombardo,<br><br>            Debtor.<br><br>Ally Bank,<br><br>            Movant,<br><br>            vs.<br><br>Lisa R. Lombardo,<br>Ronda J. Winnecour, Trustee,<br><br>            Respondents, | No.  19-23257-CMB<br><br>Chapter  13<br><br>Hearing Date: 1/15/20 at 10:00 a.m.<br><br>Response Date: 12/26/19 |

**<u>CERTIFICATE OF NO OBJECTION REGARDING</u>**
**Motion for Relief from Stay, Docket No. 19-23257-CMB**

    I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief filed on December 9, 2019 has been received, The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion for Relief from Stay appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay were to be filed and served no later than December 26, 2019.

    It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay be entered by the Court.

    Date: December 27, 2019

                                                                                   */s/ Jillian Nolan Snider*
                                                                                   Jillian Nolan Snider, Esquire
                                                                                    Pa. I.D. # 202253
                                                                                    jsnider@tuckerlaw.com
                                                                                   TUCKER ARENSBERG P.C.
                                                                                   1500 One PPG Place
                                                                                   Pittsburgh, PA 15222
                                                                                   jsnider@tuckerlaw.com