UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lisa R. Lombardo, | No. 19-23257-CMB |
| Debtor. | Chapter 13 |
| Ally Bank, | Hearing Date: 1/15/20 at 10:00 a.m. |
| Movant, | Response Date: 12/26/19 |
| vs. | Related to Doc. No. 42 |
| Lisa R. Lombardo, Ronda J. Winnecour, Trustee, | |
| Respondents, | **ENTERED BY DEFAULT** |

### ORDER MODIFYING STAY

AND NOW, this ___30th___ day of ___December___, 2019, upon consideration of the Motion for Relief from Automatic Stay, filed on behalf of Ally Bank, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

Upon consideration of the evidence presented, the Court finds Ally Bank has a valid security interest in the 2013 BMW X3 (VIN 5UXWX9C54D0A25508); that Ally Bank does not have adequate protection for its interests in the said vehicle; and that Ally Bank should be permitted to foreclose its security interest in the vehicle. It is therefore ORDERED that the Motion is granted and that the stay afforded by 11 U.S.C. Sections 362 be and hereby is modified to permit Ally Bank to foreclose its security interest in the vehicle.

FILED
12/30/19 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lisa R. Lombardo  
     Debtor  

Case No. 19-23257-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Dec 30, 2019  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.  
db          +Lisa R. Lombardo,   1756 Rostraver Road,   Belle Vernon, PA 15012-4306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:  
          Gary William Short    on behalf of Debtor Lisa R. Lombardo garyshortlegal@gmail.com, gwshort@verizon.net  
          James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
          Jillian Nolan Snider    on behalf of Creditor   Ally Bank jsnider@tuckerlaw.com, agilbert@tuckerlaw.com  
          Karina Velter    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION amps@manleydeas.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                    TOTAL: 6