# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** LISA R. LOMBARDO
- **Case Number:** 19-23257-CMB          **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MARCH 12, 2020  09:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#35 Amended Chapter 13 Plan Dated 11/16/2019 (NFC)
R / M #: 35 / 0

**Appearances:**

- Debtor: Short
- Trustee: Winnecour / Pail / ~~Katz~~ / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. __✓__ Plan/Motion continued to __6/11/20__ at __9:30 Am__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Handwritten note: Debtor H lost his job. Con't for Amended sch I & J and amended plan to reflect fact that they were above median at filing



FILED
MAR 21 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

3/5/2020    12:12:30PM