# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
6/22/20 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | LISA R. LOMBARDO |
| **Case Number:** | 19-23257-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 11, 2020 09:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#35 - Amended Chapter 13 Plan Dated 11/16/2019 (NFC)
R / M #:  35 / 0

### *Appearances:*

Debtor: Short
Trustee: Winnecour / Pail / Katz / DeSimone  (Katz circled)
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to 9/10/20 at 9:30 Am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:* Con't for 90 days for update on Debtor H's employment status & amended sch I & J to reflect changes