# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Lisa R. Lombardo |
|---|---|
| CASE NO. | 19-23257-CMB |
| RELATED TO DOCUMENT NO. | Notice of Mortgage Payment Change Re: Claim 6 filed 8/4/2020 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Notice of Mortgage Payment Change that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

THE PDF ATTACHED TO THE ENTRY WAS NOT PROPERLY FLATTENED AND SAVED TO PREVENT IT FROM BEING ALTERED. PLEASE FILE AN AMENDED NOTICE, BEING SURE TO PROPERLY SAVE THE DOCUMENT PRIOR TO UPLOADING TO ENSURE ITS SECURITY.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change that is filed in response to this Notice.**

| August 4, 2020 | By: | /s/Melissa Guthrie |
|---|---|---|
| Date | | Deputy Clerk |

#107c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lisa R. Lombardo  
    Debtor

Case No. 19-23257-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Aug 04, 2020  
                  Form ID: pdf901     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
         +Christine Kinderdine,    c/o PNC Bank NA,    3232 Newmark Dr.,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
        Gary William Short    on behalf of Debtor Lisa R. Lombardo garyshortlegal@gmail.com, gwshort@verizon.net  
        James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        Jillian Nolan Snider    on behalf of Creditor    Ally Bank jsnider@tuckerlaw.com, agilbert@tuckerlaw.com  
        Karina Velter    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                      TOTAL: 6