# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
9/14/20 7:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | LISA R. LOMBARDO |
| Case Number: | 19-23257-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 10, 2020 09:30 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### *Matter:*

#35 - Continued Confirmation of Plan Dated 11/16/19 (NFC)
R / M #:   0 / 0

### *Appearances:*

Debtor: Short
Trustee: Winnecour / Pail / **Katz** / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___
7. ___ Plan/Motion continued to ___ at ___
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___
9. ✓ Contested Hearing: 9/16/20 at 10:00 Am
10. ___ Other:

*Handwritten notes:*

Above median filer seeking to reduce plan to less than 60 months. Counsel agreed to extend plan to 60 months, but wants to limit plan payment to $164/mo. Trustee believes plan payment, and UNS pot should be higher.

Telephone/internet expense is $675/mo
Clothing $240/mo
Entertainment $200/mo
Husbands "anticipated" auto payments for wife $400
Gifts and Misc $400/month.

Seems could be reduced

9/2/2020    4:59:20PM