# PROCEEDING MEMO

**Date: 09/16/2020 10:00 am**

**In re:   Lisa R. Lombardo**

                                                 **Bankruptcy No. 19-23257-CMB**
                                                 **Chapter: 13**
                                                 **Doc. # 35**

**Appearances:  BY PHONE:  Kate DeSimone**
                                  **Gary W. Short**

**Nature of Proceeding: #35 CONTESTED Hearing Re: Amended Chapter 13 Plan Dated 11/16/2019**

**Additional Pleadings: #48 Conciliation Conference Minutes Dated 03/12/2020 - Continued to 06/11/2020 at 9:30 a.m.**
                          **#51 Conciliation Conference Minutes Dated 06/11/2020 - Continued to 09/10/2020 at 9:30 a.m.**
                          **#57 Conciliation Conference Minutes Dated 09/10/2020 - Continued to CONTESTED Hearing on 09/16/2020 at 10:00 a.m.**

**Judge's Notes:**
 - DeSimone: Debtors had reduction in income but made no attempt to reduce expenses.
 - Short: After filed case, non-debtor husband had substantial drop in income. Agree to 60 month term. Re household expense issue, do not think there's anything extraordinary.
 - High expenses must be cut back and creditors must be protected. Must review luxury, high expenses.
OUTCOME:
 - Conciliation on 11/5 at 1:30pm.
 - Debtor to provide info to Trustee to see whether best efforts are being made. If there is still a problem after conciliation, then parties will come back for contested plan hearing.

                                                 **Carlota Böhm**
                                                 **Chief U.S. Bankruptcy Judge**

                                                 FILED
                                                 9/16/20 1:35 pm
                                                 CLERK
                                                 U.S. BANKRUPTCY
                                                 COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23257-CMB
Lisa R. Lombardo                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Sep 16, 2020
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db              +Lisa R. Lombardo,    1756 Rostraver Road,    Belle Vernon, PA 15012-4306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
              Gary William Short    on behalf of Debtor Lisa R. Lombardo garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Jillian Nolan Snider    on behalf of Creditor   Ally Bank jsnider@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Karina Velter    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6