**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| Lisa R. Lombardo, ) | Case No. 19-23257 CMB |
|     Debtor, ) | Chapter 13 |
| Mary Bower Sheats and Gary W. Short, ) | Docket No. _____ |
|     Movants, ) | Hearing Date and Time: |
| vs. ) | December 13, 2022 at 10:00 a.m. |
| Lisa R. Lombardo, ) | Responses due: November 20, 2022 |
|     Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
JOINT MOTION TO SUBSTITUTE MARY BOWER SHEATS AS COUNSEL
FOR DEBTOR IN PLACE OF GARY W. SHORT AND CERTIFICATION OF
APPROVAL OF SUBSTITUTION OF COUNSEL BY DEBTOR**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **JOINT MOTION TO SUBSTITUTE MARY BOWER SHEATS AS COUNSEL FOR DEBTOR IN PLACE OF GARY W. SHORT AND CERTIFICATION OF APPROVAL OF SUBSTITUTION OF COUNSEL BY DEBTOR** filed on November 3, 2022 ("Motion") has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections or responses to the Motion were to be filed and served no later than November 21, 2022

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: November 22, 2022        /s/ Gary W. Short
                                                  Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                                  Attorney for the Debtor
                                                  212 Windgap Road, Pittsburgh, PA 15237
                                                  Tele. (412) 765-0100 / Fax (412) 536-3977
                                                  E-mail garyshortlegal@gmail.com