**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| **Lisa R. Lombardo,** | ) | **Case No. 19-23257 CMB** |
| **Debtor,** | ) | **Chapter 13** |
| **Mary Bower Sheats and Gary W. Short,** | ) | |
| **Movants,** | ) | Related to:  Document No. 75 |
| vs. | ) | |
| **Lisa R. Lombardo,** | ) | **ENTERED BY DEFAULT** |
| **Respondent.** | ) | |

**ORDER**

This __23rd__ day of ___November___, 2022, upon the consideration of the Joint Motion to Substitute Mary Bower Sheats as Counsel for Debtor in Place of Gary W. Short in the Chapter 13 case of Lisa A. Lombardo and Certification of Approval of Substitution of Counsel by Debtor ("Motion"), it is hereby:

ORDERED AND DECREED that:

1.      Attorney Mary Bower Sheats' appearance for Debtor, Lisa R. Lombardo, is substituted for that of Attorney Gary W. Short; and

2.      The withdraw of Attorney Gary W. Short's appearance in this case is authorized as he is retiring from the practice of law.

BY THE COURT

_Carlota M. Böhm_ **glb**
Carlota M. Böhm
United States Bankruptcy Judge

FILED
11/23/22 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-23257-CMB

Lisa R. Lombardo                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

**Recip ID                    Recipient Name and Address**
db                      +  Lisa R. Lombardo, 1756 Rostraver Road, Belle Vernon, PA 15012-4306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2022                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:**

**Name                              Email Address**

Brian Nicholas
                    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Gary William Short
                    on behalf of Debtor Lisa R. Lombardo garyshortlegal@gmail.com  gwshort@verizon.net

Jillian Nolan Snider
                    on behalf of Creditor Ally Bank jsnider@fbtlaw.com  agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Mary Bower Sheats
                    on behalf of Debtor Lisa R. Lombardo Mary@mbsheatslaw.com
                    mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2                                    User: auto                                                Page 2 of 2
Date Rcvd: Nov 23, 2022                                 Form ID: pdf900                                          Total Noticed: 1

                                    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks

                                    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 7