# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-21419** |
| **Kyle S. Jenkins** | : | **Chapter 13** |
| **Janet M. Jenkins** | : | **Judge Jeffery A. Deller** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **Wilmington Savings Fund Society, FSB,** | : | **Date and Time of Hearing** |
| **as trustee of Stanwich Mortgage Loan** | : | **Place of Hearing** |
| **Trust I** | : | _____ |
| **Movant,** | : | |
| | : | **Courtroom D, 54th Floor, U.S. Steel Tower** |
| **vs** | : | **600 Grant Street, Pittsburgh, PA 15219** |
| | : | |
| **Kyle S. Jenkins** | : | |
| **Janet M. Jenkins** | : | |
| **Ronda J. Winnecour** | | |
| **Respondents.** | | |

## AMENDED CERTIFICATE OF SERVICE OF PROOF OF CLAIM

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date)   08/02/2023   .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:   electronic notification and first-class mail   .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:   08/02/2023  

By:  /s/Alyk L. Oflazian  
Signature  
Alyk L. Oflazian, Esquire  
Typed Name  
P.O. Box 165028, Columbus, OH 43216-5028  
Address  
614-220-5611  
Phone No.  
312912  
List Bar I.D. and State of Admission

23-016154_AHU

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028, ALOflazian@manleydeas.com (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Kenneth Steidl, Attorney for Debtor, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, julie.steidl@steidl-steinberg.com (notified by ecf)

23-016154_AHU