**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 19-23257-CMB** |
| **Lisa R. Lombardo** | : | **Chapter 13** |
| | : | **Judge Carlota M Bohm** |
| Debtor(s) | : | |
| | : | **Date and Time of Hearing** |
| **PNC Bank, National Association** | : | **September 14, 2023 at 1:30 p.m.** |
| Movant, | : | |
| vs | : | **Related Doc# 84** |
| | : | |
| **Lisa R. Lombardo** | : | |
| **Frank R Lombardo** | : | |
| **Ronda J. Winnecour** | : | |
| | : | |
| Respondents. | : | |

**AMENDED NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF PNC BANK, NATIONAL ASSOCIATION FOR MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY WITH 30-**
**DAY WAIVER**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 19, 2023 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at https://www..pawb.uscourts.gov/procedures-1.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. The Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on September 14, 2023, at 01:30 p.m. before Judge Carlota M. Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to the

19-031437_EJS1

scheduled hearing time: https://www.zoomgov.com/j/16143800191,. Alternatively, connect
with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING
PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM
PROCEDURES, which can be found at:
*https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.* For
questions regarding Zoom connection, contract Judge Bohm's Chambers at 412-644-4328.
Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses
will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a
later date.

Date of Service: __08/02/2023_____

/s/Alyk L. Oflazian
_____

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L.
Oflazian.
Contact email is
ALOflazian@manleydeas.com

19-031437_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-23257-CMB** |
| **Lisa R. Lombardo** | : | **Chapter 13** |
| | : | **Judge Carlota M Bohm** |
| **Debtor(s)** | : | |
| | : | |
| **PNC Bank, National Association** | : | **Date and Time of Hearing** |
| **Movant,** | : | **September 14, 2023 at 1:30 p.m.** |
| | : | |
| **vs** | : | |
| | : | **Related Doc# 84** |
| **Lisa R. Lombardo** | : | |
| **Frank R Lombardo** | : | |
| **Ronda J. Winnecour** | : | |
| | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE OF AMENDED NOTICE OF MOTION, RESPONSE
DEADLINE, AND HEARING DATE REGARDING MOTION FOR RELIEF FROM
THE AUTOMATIC STAY AND CODEBTOR STAY WITH 30-DAY WAIVER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date)   08/02/2023

.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:   first-class mail and electronic notification

.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: _08/02/2023_____

By: ___/s/Alyk L. Oflazian_____
Signature
Alyk L. Oflazian, Esquire _____
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028 _____

19-031437_EJS1

Address

614-220-5611

Phone No.

312912

List Bar I.D. and State of Admission

19-031437_EJS1

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Mary Bower Sheats, Attorney for Debtor, Mary Bower Sheats, Attorney at Law, 1195 Washington Pike, Suite 325, Bridgeville, PA  15017, Mary@mbsheatslaw.com (notified by ecf)

Lisa R. Lombardo, Debtor, 1756 Rostraver Road, Belle Vernon, PA  15012 (notified by regular US Mail)

Frank R Lombardo, Codebtor, 1756 Rostraver Rd, Belle Vernon, PA  15012-4306 (notified by regular US Mail)

Pnc Mortgage, Party of Interest, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 (notified by regular US Mail)

19-031437_EJS1