# PROCEEDING MEMO

**Date: 09/14/2023 01:30 pm**

**In re:   Lisa R. Lombardo**

**Bankruptcy No. 19-23257-CMB**
**Chapter: 13**
**Doc. # 84**

**Appearances:  Owen Katz**
**Alyk L. Oflazian**
**Mary Bower Sheats**

**Nature of Proceeding: #84 Motion of PNC Bank, National Association for Relief from the Automatic Stay and Codebtor Stay as to Frank R. Lombardo**

**Additional Pleadings:  #93 Response by Debtor**

**OUTCOME: Hearing held. Attorney Oflazian to file consent order within one week.**

FILED
9/15/23 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**