IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Lisa R. Lombardo | : Case No. 19-23257 CMB |
|   Debtor | : Chapter 13 |
| Lisa R. Lombardo | : |
|   Movant | : Related to Document No. 91, 100 |
| vs. | : |
| Ronda J. Winnecour, Chapter 13 Trustee, | : |
|   Respondent | : |

## ORDER OF COURT

AND NOW, this __3rd__ day of __October__, 2023, it is hereby ORDERED, ADJUDGED, AND DECREED that the October 12, 2023 confirmation hearing, scheduled for 9:30 a.m. in the office of the Chapter 13 Trustee, is hereby cancelled. The amended plan confirmation zoom hearing is hereby rescheduled for November 30, 2023 at 11:30 a.m., via zoom with the Chapter 13 Trustee.

BY THE COURT,

_____
Carlota M. Böhm
United States Bankruptcy Judge

FILED
10/3/23 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23257-CMB |
| Lisa R. Lombardo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa R. Lombardo, 1756 Rostraver Road, Belle Vernon, PA 15012-4306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 05, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Bank jsnider@fbtlaw.com rmccartney@fbtlaw.com |
| Mary Bower Sheats | on behalf of Debtor Lisa R. Lombardo mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 7