IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-23257-CMB |
| Lisa R. Lombardo | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #___119___ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Lisa R. Lombardo | ) | |
| | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **October 1, 2024 at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **September 23, 2024.**

| | |
|---|---|
| <u>9/6/24</u> | <u>/s/ Ronda J. Winnecour</u> |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23257-CMB |
| Lisa R. Lombardo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 10, 2024 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa R. Lombardo, 1756 Rostraver Road, Belle Vernon, PA 15012-4306 |
| 15106786 | | Absolute Resolutions Investments LLC, c/o Stoneleigh Recovery Associates, PB 1479, Lombard, IL 60148 |
| 15106795 | + | Municipal Authority of Westmoreland Co., POB 800, Greensburg, PA 15601-0800 |
| 15106797 | | PNC Bank, 249 Fifth Avenue, 1 PNC Plaza, Pittsburgh, PA 15222 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2024 01:28:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15124085 | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 11 2024 01:14:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15146288 | | Email/Text: ally@ebn.phinsolutions.com | Sep 11 2024 01:14:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15106787 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 11 2024 01:14:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15106788 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 11 2024 01:14:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 15106789 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2024 01:18:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15112108 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2024 01:28:56 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15106790 | + | Email/Text: bankruptcy@cavps.com | Sep 11 2024 01:15:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15107987 | + | Email/Text: bankruptcy@cavps.com | Sep 11 2024 01:15:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15106792 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2024 01:15:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15106793 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2024 01:15:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15106791 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 11 2024 01:17:56 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15106794 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2024 01:15:00 | Midland Credit Management, POB 301030, Los Angeles, CA 90030-1030 |
| 15140054 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2024 01:14:00 | PNC Bank, National Association, Attn: |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15136766 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2024 01:14:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15106798 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 11 2024 01:14:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15106799 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2024 01:17:57 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541 |
| 15139883 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2024 01:17:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15106796 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2024 01:18:28 | PayPal Credit, POB 5018, Lutherville Timonium, MD 21094-5018 |
| 15106800 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2024 01:18:28 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107334 | ^ | MEBN | Sep 11 2024 01:10:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15106801 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2024 01:18:19 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15106802 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2024 01:17:52 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15106803 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2024 01:18:25 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15141665 | | Email/Text: BNCnotices@dcmservices.com | Sep 11 2024 01:14:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15106804 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 11 2024 01:15:00 | West Penn Power, POB 3687, Akron, OH 44309-3687 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | PNC BANK NATIONAL ASSOCIATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2024    Signature:    /s/Gustava Winters

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Sep 10, 2024 Form ID: pdf900 Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Brent J. Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Bank jsnider@fbtlaw.com rmccartney@fbtlaw.com |
| Mary Bower Sheats | on behalf of Debtor Lisa R. Lombardo mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |

TOTAL: 8