IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Lisa R. Lombardo : | Case No. 19-23257 CMB |
| Debtor | |
| : | Chapter 13 |
| Lisa R. Lombardo | |
|   Movant : | |
|   vs. | |
| No Respondent : | |
| : | |
|   Respondents | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 22, 2024 at docket number 114, the debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

   Executed on December 10, 2024

                                                                                        Respectfully submitted,
                                                                                        /s/Mary Bower Sheats
                                                                                        Mary Bower Sheats, Esquire
                                                                                        PA I.D. #27911
                                                                                        1195 Washington Pike, Suite 325
                                                                                        Bridgeville, PA 15017
                                                                                        412-281-7266
                                                                                        Mary@mbsheatslaw.com

**PAWB Local Form 24 (07/13)**