IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LISA R. LOMBARDO

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 19-23257

Chapter 13

Document No.: 134

**ENTERED BY DEFAULT**

ORDER OF COURT

  AND NOW, this __21st__ day of __March__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/21/25 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23257-CMB

Lisa R. Lombardo     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Mar 21, 2025     Form ID: pdf900     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa R. Lombardo, 1756 Rostraver Road, Belle Vernon, PA 15012-4306 |
| 15106786 | | Absolute Resolutions Investments LLC, c/o Stoneleigh Recovery Associates, PB 1479, Lombard, IL 60148 |
| 15106795 | + | Municipal Authority of Westmoreland Co., POB 800, Greensburg, PA 15601-0800 |
| 15106797 | | PNC Bank, 249 Fifth Avenue, 1 PNC Plaza, Pittsburgh, PA 15222 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2025 01:15:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15124085 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 22 2025 00:46:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15146288 | | Email/Text: ally@ebn.phinsolutions.com | Mar 22 2025 00:46:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15106787 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 22 2025 00:46:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15106788 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 22 2025 00:46:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 15106789 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2025 00:53:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15112108 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2025 00:54:18 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15106790 | + | Email/Text: bankruptcy@cavps.com | Mar 22 2025 00:47:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15107987 | + | Email/Text: bankruptcy@cavps.com | Mar 22 2025 00:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15106791 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2025 01:04:36 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15106792 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2025 00:46:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15106793 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2025 00:46:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15106794 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2025 00:46:00 | Midland Credit Management, POB 301030, Los Angeles, CA 90030-1030 |
| 15140054 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2025 00:46:00 | PNC Bank, National Association, Attn: |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type/Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15136766 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2025 00:46:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15106798 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2025 00:46:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15106799 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2025 01:04:44 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541 |
| 15139883 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2025 00:53:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15106796 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:53:21 | PayPal Credit, POB 5018, Lutherville Timonium, MD 21094-5018 |
| 15106800 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:54:05 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107334 | ^ | MEBN | Mar 22 2025 00:44:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15106801 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:54:05 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15106802 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:54:21 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15106803 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:54:06 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15141665 | | Email/Text: BNCnotices@dcmservices.com | Mar 22 2025 00:46:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15106804 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 22 2025 00:46:00 | West Penn Power, POB 3687, Akron, OH 44309-3687 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | PNC BANK NATIONAL ASSOCIATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 23, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Bank jsnider@fbtlaw.com  rmccartney@fbtlaw.com |
| Mary Bower Sheats | on behalf of Debtor Lisa R. Lombardo mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |

TOTAL: 7